UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ANDRADE, | CASE NUMBER: 1:20-cv-00714-GSA |
| Plaintiff, | |
| v. | **ORDER GRANTNG APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. 2) |

Plaintiff's having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted.  The Clerk of Court is hereby ordered to issue summons, and the United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant.  All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated:   **August 5, 2020**                     **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28