IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ANDRADE,<br><br>          Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. 1:20-cv-00714-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 15) |

     Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 7 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: June 1, 2021                        Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              */s/ Jeffrey J. Lodge*
                                              JEFFREY J. LODGE
                                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   **June 4, 2021**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE