IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ANDRADE,<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. 1:20-cv-00714-GSA<br><br>ORDER REMANDING CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(Doc. 21, 23) |

        Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Stipulation to Remand), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

    Dated:   __October 26, 2021__              _____ /s/ Gary S. Austin_____
                                                         UNITED STATES MAGISTRATE JUDGE