1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

Raul Andrade,

        Plaintiff,

        v.

Kilolo Kijakazi, Acting
Commissioner of Social Security,

        Defendant.

Case No.  1:20-cv-00714-GSA

**STIPULATION FOR THE AWARD
AND PAYMENT OF ATTORNEY
FEES AND EXPENSES PURSUANT
TO THE EQUAL ACCESS TO
JUSTICE ACT; ORDER**

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FIVE THOUSAND SEVEN-HUNDRED DOLLARS and 00/100 ($5,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of zero dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

1    the payment of fees, expenses and costs to be made directly to Counsel, pursuant to

2    the assignment executed by Plaintiff.  Any payments made shall be delivered to

3    Plaintiff's counsel, Jonathan O. Peña.

4           This stipulation constitutes a compromise settlement of Plaintiff's request for

5    EAJA attorney fees, and does not constitute an admission of liability on the part of

6    Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

7    constitute a complete release from, and bar to, any and all claims that Plaintiff and/or

8    Counsel including Counsel's firm may have relating to EAJA attorney fees in

9    connection with this action.

10          This award is without prejudice to the rights of Counsel and/or Counsel's firm

11   to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the

12   savings clause provisions of the EAJA.

13                                  Respectfully submitted,

14

15   Dated: January 13, 2022            _____/s/ *Jonathan O. Peña_____

16                                  JONATHAN O. PEÑA
                                    Attorney for Plaintiff
17

18   Dated: January 13, 2022            PHILLIP A. TALBERT

19                                  United States Attorney
                                    PETER K. THOMPSON
20                                  Acting Regional Chief Counsel, Region IX
                                    Social Security Administration
21

22                                  By:  _*Caspar Chan_____

23                                  Caspar Chan on behalf of Ellinor R. Coder
                                    Special Assistant U.S. Attorney
24                                  Attorneys for Defendant
                                    (*Permission to use electronic signature
25                                  obtained via email on January 12, 2022).

26

27

28

                                  -2-

# ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"),

**IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND SEVEN-HUNDRED DOLLARS and 00/100 ($5,700.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **January 13, 2022**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE